356 A.2d 360
**ESTATE of Jennie A. RHOAT, Deceased.**

**Appeal of Betty Collins HENRIE and Marjorie Collins Long.**

Supreme Court of Pennsylvania.
Argued March 29, 1976.
Decided May 12, 1976.

James S. Palermo, Hazleton, for appellants.
Alvin J. Luschas, Mahanoy City, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed.   Each party to bear own costs.